Pro Se 15 2016

FILED ENTERED
LODGED RECEIVED

JUL 14 2023 MG

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Dr PANO CHURCHILL<br>9240 2nd AVE SW<br>apt C224, SEATTLE WA 98106<br>Plaintiff(s),<br>v.<br>SHAG INC & BRYAN, PARK<br>1418 Tukwilla Intl Blvd,<br>Tukwilla, WA 98168<br>Defendant(s). | CASE NO. 2-23-cv-01059-RSL<br>[to be filled in by Clerk's Office]<br><br>COMPLAINT FOR VIOLATION OF CIVIL RIGHTS<br>(for use only by plaintiffs not in custody)<br><br>Jury Trial: ☐ Yes ☐ No |

## I. THE PARTIES TO THIS COMPLAINT

A. Plaintiff(s)

*Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

| | |
|---|---|
| Name | Dr Pano Churchill |
| Street Address | 9240 2nd AVE SW, apt C224 (C-224) |
| City and County | SEATTLE WA — KING COUNTY |
| State and Zip Code | WA 98106 |
| Telephone Number | 650-837-1593 |

B. Defendant(s)

*Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.*

Defendant No. 1

Name: SHAG - SENIOR HOUSING ASSISTANCE GROUP INC
Job or Title *(if known)*:
Street Address: 1418 Tukwila Intl Blvd
City and County: TUKWILLA - KING COUNTY
State and Zip Code: WA 98168
Telephone Number: 206-487-5281
☐ Individual capacity ☒ Official capacity BRYAN PARK (President)

Defendant No. 2

Name:
Job or Title *(if known)*:
Street Address:
City and County:
State and Zip Code:
Telephone Number:
☐ Individual capacity ☐ Official capacity

Defendant No. 3

Name:
Job or Title *(if known)*:
Street Address:
City and County:
State and Zip Code:
Telephone Number:
☐ Individual capacity ☐ Official capacity

*Pro Se 15 2016*

Defendant No. 4

Name ______________________

Job or Title *(if known)* ______________________

Street Address ______________________

City and County ______________________

State and Zip Code ______________________

Telephone Number ______________________

☐ Individual capacity ☐ Official capacity

## II. PREVIOUS LAWSUITS

Have you brought any other lawsuits in any federal court in the United States:?

☒ No ☐ Yes If yes, how many? ______________________

Describe the lawsuit:

Anti Semitic Harrassment, Hate Crimes, Persistent Fair Housing Violations, & Unfair, Unequal & Biased Eviction by the SHAG Corporation.

Parties to this previous lawsuit:

______________________

Plaintiff(s)

______________________

______________________________________

______________________________________

Defendant(s)

______________________________________

______________________________________

______________________________________

______________________________________

*(If there is more than one previous lawsuit, describe the additional lawsuits on another piece of paper using the same outline. Attach additional sheets, if necessary)*

Court and name of district:

______________________________________

Docket Number: ______________________________________

Assigned Judge: ______________________________________

Disposition: (*For example, was the case dismissed as frivolous or for failure to state a claim? Was it appealed? Is it still pending?)*

______________________________________

______________________________________

______________________________________

Approximate filing date of lawsuit: ______________________________________

Approximate date of disposition: ______________________________________

## III. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens*

*v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suite against *(check all that apply)*:

[X] Federal officials (a *Bivens* claim)

[ ] State or local officials (a § 1983 claim)

SHAG Receives Federal Monetary Support & Therefore is Liable for following Federal Laws.

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing

under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## IV. STATEMENT OF CLAIM

*State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.*

BRYAN PARK, PRESIDENT OF SHAG INC HAS CONSISTENTLY VIOLATED MY CIVIL RIGHTS BY ENGAGING IN ANTI SEMITIC HATE CRIMES, UNFAIR HOUSING EVICTIONS & UNLAWFUL HARRASMENT AGAINST ME.

A. Where did the events giving rise to your claim(s) occur?

SHAG ARROWHEAD GARDENS, 9240, 2nd AVE SW, SEATTLE, KING COUNTY, WA 98106

B. What date and approximate time did the events giving rise to your claim(s) occur?

ONGOING FOR THE PAST YEAR.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I WAS ATTACKED BY AGENTS, OFFICIALS, & EMPLOYEES OF SHAG, FOR BEING A LONE JEWISH PERSON IN A 500 MEMBER COMMUNITY.

*Pro Se 15 2016*

## V. INJURIES

*If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.*

MULTITUDE of INJURIES & LIFE THREATS

## VI. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.*

STOP THE UNLAWFUL EVICTION PROCESS & RETURN MY STOLEN ITEMS & COVER MY COSTS & DAMAGES.

## VII. CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

*Pro Se 15 2016*

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: JULY 14th 2023

Signature of Plaintiff [signature]

Printed Name of Plaintiff DR PAND CHURCHILL

Date of signing: ______________________

Signature of Plaintiff ______________________

Printed Name of Plaintiff ______________________

Date of signing: ______________________

Signature of Plaintiff ______________________

Printed Name of Plaintiff ______________________