Pro Se 1 2022

______ FILED ______ ENTERED
______ LODGED ______ RECEIVED

JUL 14 2023 MG

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

DR PANO CHURCHILL,

Plaintiff(s),

v.

BRYAN PARK
PRESIDENT
SHAG INC.,

Defendant(s).

CASE NO. 2-23-CV-01059-RSL
[to be filled in by Clerk's Office]

COMPLAINT FOR A CIVIL CASE

Jury Trial: ☐ Yes ☐ No

## I. THE PARTIES TO THIS COMPLAINT

A. Plaintiff(s)

*Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

Name: Dr PANO CHURCHILL
Street Address: 9240 2nd AVE SW apt C224 (C224)
City and County: SEATTLE KING
State and Zip Code: WA 98106
Telephone Number: 650-837-1593

*Pro Se 1 2022*

B. Defendant(s)

*Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.*

Defendant No. 1

Name: SHAG INC, (BRYAN PARK) President

Job or Title *(if known)*: 1418 Tukwilla Intl Blvd

Street Address: Tukwilla WA

City and County: 98168

State and Zip Code: 

Telephone Number: 206-487-5281

Defendant No. 2

Name: 

Job or Title *(if known)*: 

Street Address: 

City and County: 

State and Zip Code: 

Telephone Number: 

Defendant No. 3

Name: 

Job or Title *(if known)*: 

Street Address: 

City and County: 

State and Zip Code: 

Telephone Number: 

*Pro Se 1 2022*

Defendant No. 4

Name ______________________

Job or Title *(if known)* ______________________

Street Address ______________________

City and County ______________________

State and Zip Code ______________________

Telephone Number ______________________

## II. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? (*select all that apply*)

☒ Federal question: If checked complete section A.

☐ Diversity of citizenship: If checked complete section B.

Fill out the paragraphs in this section that apply to this case.

A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. *Attach additional pages if needed.*

CIVIL RIGHTS ACT, EQUAL & FAIR HOUSING ACTS, EQUAL RIGHTS PROTECTION, BIASED & ANTISEMITIC EVICTION FROM FEDERALLY SUBSIDIZED HOUSING

B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

a. If the plaintiff is an individual.

The plaintiff (*name*) ______________________________, is a citizen of the State of (*name*) ______________________________.

b. If the plaintiff is a corporation.

The plaintiff, (*name*) ______________________________, is incorporated under the laws of the State of (*name*) ______________________________, and has its principal place of business in the State of (*name*) ____________________.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual.

The defendant, (*name*) ______________________________, is a citizen of the State of (*name*) ______________________________. Or is a citizen of (*foreign nation*) ______________________________.

b. If the defendant is a corporation.

The defendant, (*name*) ______________________________, is incorporated under the laws of the State of (*name*) ______________________________, and has its principal place of business in the State of (*name*) ____________________.

Or is incorporated under the laws of (*foreign nation*) ____________________, and has its principal place of business in (*name*)______________________________.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy.

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because (*explain*) *Attach additional pages if needed*:

The persistent Hate & Anti Semitic attacks constitute a far greater trauma than the amount of Damages Sought.

## III. STATEMENT OF CLAIM

*Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.*

Anti-Semitic Harrassment & Life Threats by the leadership of SHAG INC. & physical attacks that resulted in injuries.

## IV. RELIEF

*State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. Attach additional pages if needed.*

Monetary Damages, Relief from unlawful Eviction Proceedings & punitive Damages

## V. CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper

purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: July 14th, 2023

Signature of Plaintiff [signature]

Printed Name of Plaintiff DR PANO CHURCHILL

Date of signing: ______

Signature of Plaintiff ______

Printed Name of Plaintiff ______

Date of signing: ______

Signature of Plaintiff ______

Printed Name of Plaintiff ______