UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PANO CHURCHILL, | Case No. C23-1059-RSL |
| Plaintiff, | |
| v. | MINUTE ORDER |
| SHAG, et al., | |
| Defendants. | |

The following Minute Order is made at the direction of the Court, the Hon. S. Kate Vaughan, United States Magistrate Judge:

Plaintiff's *in forma pauperis* (IFP) application indicates he was last employed in February 2017, and that he has no sources of income, $1,800 and $3,500 in checking and savings accounts respectively, and monthly expenses totaling $2,700 ($1,600 per month for two dependent children and $1,100 in other undefined expenses). Dkt. 1. As an explanation for why he cannot pay court fees and costs, Plaintiff writes: "TBI, paralyzed veteran, senior, fully disabled." *Id*. at 2. The Court is unable to assess the application as written. Plaintiff must submit a revised IFP application within **twenty (20) days** of the date of this Order. In the amended application, he must provide complete and detailed information about his financial status, including any sources

MINUTE ORDER - 1

from which he receives money and the amounts received, and explain how he is able to meet his monthly expenses.  Failure to comply may result in denial of the IFP application and/or dismissal of this matter.

Dated this 18th day of July, 2023.

<u>Ravi Subramanian</u>
Clerk of Court

By: <u>Stefanie Prather</u>
Deputy Clerk

MINUTE ORDER - 2