UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PANO CHURCHILL,

    Plaintiff,

v.

SHAG, et al.,

    Defendants.

CASE NO. C23-1059-RSL

REPORT AND RECOMMENDATION

Plaintiff filed an application to proceed *in forma pauperis* (IFP) in this civil matter. Dkt. 1. However, the Court was unable to assess the application as written. For example, Plaintiff indicated he was last employed in February 2017 and has no sources of income, but had $1,800 and $3,500 in checking and savings accounts respectively, and monthly expenses totaling $2,700 ($1,600 per month for two dependent children and $1,100 in other undefined expenses). *Id*.

By Order dated July 18, 2023, the Court directed Plaintiff to file an amended IFP application within twenty days of the date of the Order. Dkt. 4. The Court directed Plaintiff to provide, in the amended application, complete and detailed information about his financial

status, including any sources from which he receives money and the amounts received, and to explain how he is able to meet his monthly expenses. The Order noted that failure to comply may result in denial of IFP and/or dismissal of this case.

To date, the Court has not received a response to its Order or a completed IFP application from Plaintiff. Accordingly, the Court recommends Plaintiff's motion to proceed IFP, Dkt. 1, be DENIED. This action should proceed only if Plaintiff pays the $402 filing fee within **thirty (30) days** after entry of the Court's Order adopting this Report and Recommendation. If no filing fee is paid within thirty days of the Court's Order, the Clerk should close the file.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **fourteen (14) days** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14) days** after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **September 1, 2023**.

Dated this 16th day of August, 2023.

*S. Kate Vaughan*

S. KATE VAUGHAN
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2